Daniel M. Twetten (COSB #44134)
*pro hac vice pending*
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302
720-583-6514
dan@loevy.com

Mark Allen Kleiman (CASB #115919)
KLEIMAN / RAJARAM
2525 Main Street, Suite 204
Santa Monica, CA 90405
Tele: 310-392-5455
Fax:  310-306-8491
mkleiman@quitam.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sophia Kostiw, Greg Kostiw, and Michele Kostiw,<br><br>Plaintiffs,<br>v.<br>Prometour USA, Inc. (d/b/a "Forum Language Experience"),<br><br>Defendant. | Case No.: **'20CV0720 JLS  WVG**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiffs Sophia Kostiw, Greg Kostiw, and Michele Kostiw, by and through undersigned counsel, complain against Defendant Prometour USA, Inc. (d/b/a "Forum Language Experience") as follows:

## Introduction

1. This action arises from an incident on April 20, 2018, that left Sophia Kostiw ("Sophia") permanently injured and unable to pursue her chosen career.

1

2. In April 2018, Sophia was a senior in a public high school in Massachusetts. At that time, Sophia traveled to France for a trip operated by Prometour USA, Inc., which does business as Forum Language Experience ("Forum"). The itinerary was assembled by Forum and the trip was led and overseen by an agent of Forum.

3. On April 20, 2018, while on that trip, Sophia visited a go-kart track in France. The vehicles at the go-kart track did not have seatbelts or other restraining devices.

4. While driving her go-kart, Sophia was ejected from the vehicle. Sophia suffered substantial neck and head trauma.

5. Sophia required extensive surgery in France, including fusion of her spine. She was unable to walk.

6. Eventually, Sophia was able to return to the United States. She continues to require significant medical care.

7. Sophia was scheduled to enroll in a performing arts curriculum in college in Fall 2018. Her injuries have prevented her from pursuing her career as intended and also required that she delay enrolling in college.

8. To this day, Sophia suffers substantial pain and limitations in her enjoyment of life.

9. Through this action, Plaintiffs seek to be made whole for the injuries they suffered as a result of the acts and omissions of Forum.

## Parties, Jurisdiction, and Venue

10. Plaintiffs are all residents and citizens of Worcester County, Massachusetts.

11. Prometour USA, Inc. is a California corporation with its principal place of business in San Diego, California. Prometour USA, Inc. does business as Forum Language Experience ("Forum").

12. According to Forum's website, "our mission is to help you open the world to your students through authentic language learning opportunities and intercultural connections. We go a step further than traditional student travel — using our professional

network and intimate knowledge of each destination country to create experiences that truly immerse your students in the language and culture."

13. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship between Plaintiffs and Defendant. Further, Plaintiffs' damages readily exceed $75,000.00, so the amount in controversy is greater than $75,000.00.

14. This Court has personal jurisdiction over Defendant because it is located in this District and is a California corporation.

15. Venue is appropriate in this Court because Defendant resides in this District.

### Background Facts

16. In April 2018, Sophia Kostiw was a senior at a public high school in Massachusetts.

17. At the time, Sophia had been accepted into a performing arts curriculum for college, which she intended to being in Fall 2018. Sophia planned to focus on musical theater.

18. For years, Sophia had been a devoted musical theater performer. It was her dream to pursue musical theater as a career.

19. In April 2018, Sophia traveled to France as part of a tour operated by Forum.

20. On April 20, 2018, Sophia and other students on the tour visited a go-kart track.

21. All representatives of Forum failed to chaperone or otherwise attend this outing.

22. All representatives of Forum failed to inquire about the details of this visit, including the safety devices provided in the vehicles.

23. In fact, the vehicles at the go-kart track did not have seat belts or other restraining devices.

24. Sophia was ejected from her moving go-kart.

25. Sophia was not immobilized following her ejection. Instead, she was moved to a bench. Eventually, an ambulance was called to the scene.

26. Sophia was taken to a local hospital.

27. Sophia required immediate and significant emergency neurosurgery.

28. As a result of her injuries, Sophia was unable to walk.

29. Despite the significant incident, nobody from Forum contacted Greg or Michele about Sophia's accident.

30. Instead, Greg and Michele learned of the incident from the parent of another student who was also on the trip.

31. Greg immediately traveled to France to be with Sophia.

32. Greg and Michele repeatedly attempted to contact Forum's designated group leader for the trip. After several hours, the group leader finally answered her phone and informed Michele that she was one to two hours away from Sophia and the other students.

33. Sophia was not able to leave France for more than a week.

34. Eventually, Sophia was released from the hospital and permitted to travel back to the United States.

35. Sophia was unable to enroll in college in Fall 2018.

36. In 2019, Sophia was able to enroll in college but has not been able to pursue the musical theater performance career she had devoted her life to prior to April 20, 2018.

37. After returning to the United States, Sophia continued to require significant medical care. To this day, Sophia suffers significant and ongoing pain. Further, Sophia's life activities are limited by her injuries.

38. Sophia will continue to need substantial medical care for years, possibly the rest of her life.

## Count I: Negligence

39. Plaintiff restates paragraphs 1 through 38 of this Complaint as if fully set forth herein.

40. Prometour USA, Inc. owed a duty of care to Sophia Kostiw.

41. Prometour USA, Inc. violated this duty of care through the acts and omissions alleged herein.

42. As a proximate result of Prometour USA, Inc.'s breach of its duty of care, Sophia Kostiw suffered injuries.

### Count II: Loss of Consortium

43. Plaintiff restates paragraphs 1 through 38 of this Complaint as if fully set forth herein.

44. In April 2018, Sophia Kostiw was an adult child dependent on support form her parents, Greg and Michele Kostiw.

45. As a result of the acts and omissions alleged herein, Prometour USA, Inc. is legally responsible for causing Sophia's injuries.

46. Greg and Michele Kostiw suffered a loss of consortium as a result.

47. Greg and Michele Kostiw also suffered economic harm as a result.

### Count III: Negligent Infliction of Emotional Distress

48. Plaintiff restates paragraphs 1 through 38 of this Complaint as if fully set forth herein.

49. Prometour USA, Inc. owed a duty of care to Sophia Kostiw.

50. Through the above-described conduct, Prometour USA, Inc. breached that duty.

51. As a result of Prometour USA, Inc.'s breach of that duty, Sophia Kostiw suffered emotional harm.

### Count IV: Intentional Infliction of Emotional Distress

52. Plaintiff restates paragraphs 1 through 38 of this Complaint as if fully set forth herein.

53. Prometour USA, Inc.'s above-described conduct was outrageous.

54. Prometour USA, Inc. acted with reckless disregard of the likelihood of causing distress.

55. Prometour USA, Inc.'s actions caused Sophia Kostiw to suffer severe emotional distress.

**Prayer for Relief**

WHEREFORE, Plaintiffs pray this Court:

(a) Enter judgment against Defendant and award Plaintiffs damages in an amount to be determined at trial, but which is not less than $1,000,000.00;

(b) Tax all costs of this action against Defendant; and

(c) Grant Plaintiffs such other and further relief as is just and proper.

Dated: April 15, 2020                    Respectfully submitted,

                                            LOEVY & LOEVY

                                            By: */s/ Daniel M. Twetten*

                                                Daniel M. Twetten (COSB #44134)
                                                *pro hac vice pending*
                                                Loevy & Loevy
                                                2060 Broadway, Suite 460
                                                Boulder, CO 80302
                                                720-583-6514
                                                dan@loevy.com

                                            KLEIMAN / RAJARAM

                                            By: */s/ Mark Allen Kleiman*

                                                Mark Allen Kleiman (CASB #115919)
                                                KLEIMAN / RAJARAM
                                                2525 Main Street, Suite 204
                                                Santa Monica, CA 90405
                                                Tele: 310-392-5455
                                                Fax:  310-306-8491
                                                mkleiman@quitam.org

                                            Attorneys for Plaintiffs

**Jury Trial Demanded**

Plaintiffs demand a trial by jury on all issues and claims so triable.

Dated: April 15, 2020                    Respectfully submitted,

                                      LOEVY & LOEVY

                                      By: /s/ Daniel M. Twetten

                                          Daniel M. Twetten (COSB #44134)
                                          *pro hac vice pending*
                                          Loevy & Loevy
                                          2060 Broadway, Suite 460
                                          Boulder, CO 80302
                                          720-583-6514
                                          dan@loevy.com

                                      KLEIMAN / RAJARAM

                                      By: /s/ Mark Allen Kleiman

                                          Mark Allen Kleiman (CASB #115919)
                                          KLEIMAN / RAJARAM
                                          2525 Main Street, Suite 204
                                          Santa Monica, CA 90405
                                          Tele: 310-392-5455
                                          Fax:  310-306-8491
                                          mkleiman@quitam.org

                                      Attorneys for Plaintiffs