UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA KOSTIW, GREG KOSTIW, and MICHELE KOSTIW,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>PROMETOUR USA, INC., dba Forum Language Experience,<br><br>　　　　　　　　　Defendant. | Case No.: 20-CV-720 JLS (WVG)<br><br>**ORDER TO SHOW CAUSE** |

On April 15, 2020, Plaintiffs Sophia Kostiw, Greg Kostiw, and Michele Kostiw filed their Complaint, *see* ECF No. 1, and the Court issued a summons. *See* ECF No. 2. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs were required to serve Defendant Prometour USA, Inc. on or before July 14, 2020. As of the date of this Order, Plaintiffs have failed to file proof of service. Accordingly, pursuant to Civil Local Rule 4.1(b), Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for

///
///
///
///

failure timely to effect service.  Plaintiff **SHALL FILE** a response to this Order or proof of service within fourteen (14) days of electronic docketing of this Order.

     **IT IS SO ORDERED.**

Dated:  October 30, 2020

                                               Hon. Janis L. Sammartino
                                               United States District Judge